**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CLARK MARCUS,

                        Plaintiff,

-against-                                       19 **CIVIL** 7099 (JPO)

**JUDGMENT**

SYUART ARCHER et al.,

                        Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 24, 2020, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
            August 24, 2020

                                                            **RUBY J. KRAJICK**
                                                   _____
                                                        **Clerk of Court**
                                      **BY:**
                                                         _____
                                                           **Deputy Clerk**